OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
NORTH FIELD HOUSTON TX 773

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

2/4/2015
NOWLAND, JOSHUA GEORGE          Tr. Ct. No. 12-14189-A          WR-82,534-01

This is to advise that your application for writ of habeas corpus has been dismissed.
Conviction not final; mandate not issued at time application filed in trial court.   See
Ex parte Johnson, 12 S.W.3d 472 (Tex. Crim. App. 2000).

Abel Acosta, Clerk

02 1R
0002003152          FEB 09 2015
MAILED FROM ZIPCODE 78701
$ 00.26⁵

JOSHUA GEORGE NOWLAND
TDC # 1872681

Lynaugh
1098 S Hwy 2037
Fort Stockton, Tx. 79735